UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

UNITED STATES OF AMERICA,

   Plaintiff,        Case No. 1:05:CR:216

v.

               HON. GORDON J. QUIST

WILLIAM H. DARLING,

   Defendant.

_____/

## ORDER

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

THEREFORE, IT IS ORDERED that:

1. The Report and Recommendation of the Magistrate Judge filed January 20, 2006, is approved and adopted as the Opinion and Findings of this Court.

2. Defendant William H. Darling's pleas of guilty to Counts 2 and 3 of the Indictment are accepted. Defendant William H. Darling is adjudicated guilty.

3. Defendant William H. Darling shall be detained pending sentencing.

4. A decision of whether to accept the written plea agreement will be made at the time of sentencing after the Court has had the opportunity to review the Presentence Investigation Report. See U.S.S.G. Ch. 6.

Dated: February 3, 2006          /s/ Gordon J. Quist
                     GORDON J. QUIST
                     UNITED STATES DISTRICT JUDGE